UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

BROADCAST MUSIC, INC., *et al.*,   )   Case No.: 1:03 CV 2456
                                   )
    Plaintiffs                     )
                                   )
v.                                 )   JUDGE SOLOMON OLIVER, JR.
                                   )
J.M. CIRELLI, INC. *et al.,*       )
                                   )
    Defendants                     )   JUDGMENT ENTRY

The court, having granted default judgment against Defendant Mary Cirelli (ECF No. 64), in a separate Order of this same date, and noting that Plaintiffs have voluntarily dismissed Defendants John Cirelli and Backstreet Café, Ltd., LLC, hereby enters judgment for Plaintiffs and against Defendant Mary Cirelli.

    IT IS SO ORDERED.

    /s/ *SOLOMON OLIVER, JR.*
    UNITED STATES DISTRICT JUDGE

November 21, 2006